FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R. AND A.P.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

On July 8, 2022, after the court reporter advised this court that Appellant had not requested a copy of the reporter's record, we ordered Appellant to provide written proof that the record has been requested. *See* TEX. R. APP. P. 37.3(c).

On July 21, 2022, Appellant provided written proof that the reporter's record has been designated and requested. Our July 8, 2022 order is satisfied.

The reporter's record is due not later than August 1, 2022.

It is so **ORDERED** on July 22, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT